# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALY LINES INSURANCE COMPANY, | Case No. 2:13-cv-00361-APG-NJK |
|---|---|
| Plaintiff, | **Order Denying Emergency Motion for Relief** |
| v. | |
| APCO CONSTRUCITON, *et al.*, | |
| Defendants. | |

On July 10, 2013, defendant M&H Enterprises, Inc. dba Martin-Harris Construction ("Martin-Harris") filed the present emergency motion (Dkt. #61) requesting a stay or postponement of the briefing on the motion for partial summary judgment filed by Plaintiff Chartis Specialty Insurance Company ("Chartis") (Dkt. #58). In essence, Martin-Harris seeks to avoid filing an opposition to Chartis' motion for partial summary judgment. The reasons set forth in the emergency motion do not justify staying the briefing schedule.

No rule prohibits Chartis from filing a motion for summary judgment (partial or total) in the early stages of this case. To the extent Martin-Harris believes the arguments asserted in its own pending motions to dismiss will defeat Chartis' claims, then those arguments can be asserted in opposition to Chartis' motion for partial summary judgment. If Martin-Harris believes it needs to conduct discovery in order to respond to Chartis' motion, it can seek relief under Fed.R.Civ.P. 56(d), either in its response to the

motion or by separate motion. But such a request must include "specified reasons" why it cannot otherwise present facts that are essential to its response to the motion. Martin-Harris' present emergency motion does not contain such specificity; nor does it contain an affidavit or declaration that complies with Rule 56(d).

Accordingly, Martin-Harris' emergency motion (Dkt. #61) is denied.

Dated: July 12, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE